UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ALBERT PALOMAR, <br> FOSTER MITCHELL, <br> DANTE HUTTON, <br> TAYLOR KIRBY and <br> MATTHEW BRADBURN, individually, <br> and on behalf of others similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> SMC CORPORATION OF AMERICA, <br><br> Defendant. <br><br> SMC CORPORATION OF AMERICA, <br><br> Counterclaim Plaintiff <br><br> vs. <br><br> FOSTER MITCHELL and <br> DANTE HUTTON, <br><br> Counterclaim Defendants. | **CLASS ACTION COMPLAINT** <br><br> **FLSA COLLECTIVE ACTION COMPLAINT** <br><br><br> CASE NO. 1:19-CV-4693-RLY-MJD |

## PLAINTIFFS' NOTICE OF FILING REVISED NOTICE OF COLLECTIVE ACTION LAWSUIT PURSUANT TO THE COURT'S ORDER

Pursuant to the Court's Entry on Plaintiff's Motion to Conditionally Certify a Collective Action and Facilitate Notice Pursuant to 29 U.S.C. §216(b) [Docket No. 119], Plaintiffs now file the revised Notice of Collective Action Lawsuit [Attached hereto as Exhibit A] with the added limitation of the class definition in accordance with the Court's Order.

Respectfully submitted,

THE LAW OFFICE OF ROBERT J. HUNT, LLC


/s/Robert J. Hunt
Robert J. Hunt (No. 30686-49)
Robert F. Hunt (No. 7889-84)
1905 South New Market St., Ste. 168
Carmel, IN 46032
Telephone:   (317) 743-0614
Facsimile:    (317) 743-0615
E-mail:       rob@indianawagelaw.com
                rfh@indianawagelaw.com


HASSLER KONDRAS MILLER LLP


Robert P. Kondras, Jr.
Attorney No. 18038-84
100 Cherry Street
Terre Haute, IN 47807
Telephone:   (812) 232-9691
Facsimile:    (812) 234-2881
E-mail        kondras@hkmlawfirm.com


***CERTIFICATE OF SERVICE***

      I certify that on September 28, 2021 a copy of the foregoing pleading was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

David L. Swider
Gregory W. Guevara
Philip Zimmerly
BOSE MCKINNEY & EVANS LLP
111 Monument Circle, Suite 2700
Indianapolis, IN 46204

                                      The Law Office of Robert J. Hunt, LLC

                                      By  s/Robert J. Hunt
                                      Robert J. Hunt