UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ALBERT PALOMAR, ) | |
| FOSTER MITCHELL, ) | |
| DANTE HUTTON, ) | |
| TAYLOR KIRBY and ) | **CLASS ACTION COMPLAINT** |
| MATTHEW BRADBURN, individually, ) | |
| and on behalf of others similarly situated, ) | **FLSA COLLECTIVE ACTION COMPLAINT** |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CASE NO. 1:19-CV-4693-RLY-MJD |
| ) | |
| SMC CORPORATION OF AMERICA, ) | |
| ) | |
| Defendant. ) | |

*PLAINTIFFS' NOTICE OF FILING A REVISED CLASS ACTION NOTICE*

Plaintiff Class Representatives Albert Palomar, Foster Mitchell, Dante Hutton and Matthew Bradburn, by Class Counsel, hereby file the attached Revised Class Action Notice (Exhibit 1) consistent with the changes ordered by the Court in its September 27, 2021 Order on Rule 23 Class Certification [Dkt. 118.]

Respectfully Submitted,

/s/Robert P. Kondras, Jr.
Robert P. Kondras, Jr. (18038-84)
HASSLER KONDRAS MILLER LLP
100 Cherry St.
Terre Haute, IN 47807
Telephone: (812) 232-9691
Facsimile: (812) 234-2881
Email: kondras@hkmlawfirm.com

THE LAW OFFICE OF ROBERT J. HUNT, LLC
Robert J. Hunt, Attorney No. 30686-49
1905 S. New Market Street, Suite 168
Carmel, Indiana 46032

        Phone: (317) 743-0614
        Fax: (317) 743-0615
        rob@indianawagelaw.com

## *CERTIFICATE OF SERVICE*

I hereby certify that on September 28, 2021 the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's System.

David L. Swider
Gregory W. Guevara
Philip Zimmerly
BOSE MCKINNEY & EVANS LLP
111 Monument Circle, Suite 2700
Indianapolis, IN 46204

        HASSLER KONDRAS MILLER LLP


        /s/Robert P. Kondras, Jr.
        Robert P. Kondras, Jr.