UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ALBERT PALOMAR, <br> FOSTER MITCHELL, <br> DANTE HUTTON, <br> TAYLOR KIRBY and <br> MATTHEW BRADBURN, individually, <br> and on behalf of others similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> SMC CORPORATION OF AMERICA, <br><br> Defendant. | ) <br> ) <br> ) <br> ) **CLASS ACTION COMPLAINT** <br> ) <br> ) **FLSA COLLECTIVE ACTION COMPLAINT** <br> ) <br> ) <br> ) <br> ) CASE NO. 1:19-CV-4693-RLY-MJD <br> ) <br> ) <br> ) <br> ) |
| SMC CORPORATION OF AMERICA, <br><br> Counterclaim Plaintiff <br><br> vs. <br><br> FOSTER MITCHELL and <br> DANTE HUTTON, <br><br> Counterclaim Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

*NOTICE OF MAILING CLASS ACTION NOTICE TO CLASS MEMBERS*

Comes now the Plaintiff Class, by counsel, and serves notice to the Court and to Defendant regarding the mailing of the revised Notice of Class Action. Consistent with the Court's Order dated September 27, 2021, Plaintiff's counsel provides notice that he has mailed and emailed the revised Class Action Notice to each class member identified by the Defendant. Notice was first mailed and emailed on Monday, October 18, 2021.

Respectfully submitted,

1

          HASSLER KONDRAS MILLER LLP

          /s/Robert P. Kondras, Jr.
          Robert P. Kondras, Jr.
          Attorney No. 18038-84

          100 Cherry Street
          Terre Haute, IN 47807
          Phone:  (812) 232-9691
          Fax: (812) 234-2881
          kondras@hkmlawfirm.com

### *CERTIFICATE OF SERVICE*

      I certify that, on October 18, 2021, a copy of the foregoing pleading was filed electronically.  Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

David L. Swider
Gregory W. Guevara
Philip Zimmerly
BOSE MCKINNEY & EVANS LLP
111 Monument Circle, Suite 2700
Indianapolis, IN 46204

          HASSLER KONDRAS MILLER LLP

          /s/Robert P. Kondras, Jr.
          Robert P. Kondras, Jr.